*Judge Hellerstein*

'07 CIV 7978

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BALVIR SINGH GUJJAR

                Plaintiff,

-against-

ANDREA QUARANTILLO,

New York District Director of
U.S. Citizenship and Immigration Services

                Defendant.
------------------------------------------------X

PETITION FOR HEARING ON NATURALIZATION APPLICATION

USCIS No. A75 016 421

1. This is a petition for a hearing of Plaintiff's application for naturalization on the ground that Defendant has failed to make a determination under 8 U.S.C. § 1446.

## PARTIES

2. Plaintiff, Balvir Singh GUJJAR is a native and citizen of India. He has been a lawful permanent resident of the United States since 01 October 1999. At all times hereinafter-mentioned Plaintiff was and still is a resident of Bronx County. He currently resides at 2262 Waterbury Avenue, #1B, Bronx, NY 10462. His alien registration number is A75 016 421.

3. Defendant Andrea Quarantillo is the New York District Director of the United States Citizenship and Immigration Services ("USCIS") with the supervisory authority over all operations of the USCIS within the New York district, including the authority to grant or deny naturalization applications submitted to the USCIS within the New York district pursuant to 8 U.S.C. § 1421 and 8 U.S.C. § 1427. Defendant is sued in her official capacity.

DocuCom PDF Trial
www.pdfwizard.com