

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 11, 2007

BY HAND

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1050
New York, New York 10007

    Re:    *Gujjar v. Quarantillo, et al.*, 07 Civ. 7978 (AKH)

Dear Judge Hellerstein:

    This Office represents the defendants in the above-referenced action, which seeks to compel the Federal Bureau of Investigations (FBI) to complete its background check of the plaintiff so that the Citizenship and Immigration Service (CIS) can finish processing plaintiff's application for naturalization. I write to respectfully request, with plaintiff's consent, a one-month adjournment of the initial conference scheduled for this Friday, December 14th. The reason for this request is that I have been informed by officials at CIS that Mr. Gujjar's application is being actively processed; it is therefore our hope that this case will be resolved shortly without the need for further litigation. The parties therefore respectfully request that the Court adjourn the initial conference until the week of January 14th, with the expectation that the case will be dismissed before then.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

*[Handwritten annotation: Adjourned 8 1/18/08, 9:30 a.m. 12-12-07]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/12/07]*

cc:   BY FEDERAL EXPRESS

Brian Donnard, Esq.
Plunkett & Donnard
401 Broadway, Suite 912
New York, New York 10013